```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
CHRISTOPHER POWELL,                                                    :
                                                                       :
                              Plaintiff,                               :
                                                                       :   22 Civ. 1747 (JPC)
        -v-                                                            :
                                                                       :   ORDER
J.B. HUNT TRANSPORT, INC. et al.,                                      :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On April 4, 2023, the Court ordered the parties to submit a further status letter by May 8, 2023, unless this case had been dismissed by that date.  Dkt. 20.  This case has not been dismissed, and the docket reflects that no status letter has been filed.  The parties are therefore ordered to submit a further status letter by May 25, 2023, unless they have by that point dismissed this case.

SO ORDERED.

Dated: May 18, 2023
       New York, New York
                                                    _____
                                                           JOHN P. CRONAN
                                                    United States District Judge